IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-182-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ARAMIS GERALD WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for reduction of sentence pursuant to the First Step Act of 2018, (DE 67), filed June 23, 2020. Where hearing on motion to revoke supervised release currently is scheduled for the court's October 6, 2020, term of court, the court sets the following expedited briefing schedule on the instant motion:

1) The government's response is due on or before July 8, 2020;

2) Defendant's reply is due on or before July 15, 2020;

3) The modification to the presentence investigation report shall be filed on the docket on or before July 22, 2020; and

4) Objections to the presentence report modification are due on or before July 29, 2020.

SO ORDERED, this the 24th day of June, 2020.

LOUISE W. FLANAGAN
United States District Judge